IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CRAIG A. JORDAN,<br><br>Plaintiff,<br><br>v.<br><br>ROGERS STATE PRISON; WARDEN CLAY TATUM; FNU MCFARLAND; JENNIFER CLARKE; FNU STANKOWITZ; SHELIA HOLLAND; CINDY REYES; and JEWELL MOORE,<br><br>Defendants. | CIVIL ACTION NO.: 6:17-cv-25 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 20), to which Plaintiff failed to file Objections.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, **DISMISSES AS MOOT** all pending Motions, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 31st day of August, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Instead, Plaintiff filed a Motion to File, Accept, and Serve Attached Summons, (doc. 21). However, even under the most liberal reading, Plaintiff's filing cannot be construed as Objections. Plaintiff fails to even mention the Magistrate Judge's Report and Recommendation in this filing.